United States District Court
Western District of Texas
Del Rio Division

State of Texas
*Plaintiff*,

v.

Alejandro Mayorkas, in his official capacity as Secretary of Department of Homeland Security; United States Department of Homeland Security; Merrick Garland, in his official capacity as Attorney General of the United States, United States Department of Justice,
*Defendants*.

No. __________

**State of Texas's Original Complaint**

# EXHIBIT 1



# CBP One™ Mobile Application Traveler User Guide

Submit Advance Information Capability

For Non-Citizens



U.S. Customs and
Border Protection

# Table of Contents

U.S. Customs and
Border Protection

1. CBP One™ Mobile Application
   - a) Overview
   - b) Log In
2. Traveler – Land – Submit Advance Information
   - a) Overview
   - b) Register Travelers
   - c) Ask for an Appointment
     - i. What If I Need to Change My Port Of Entry?
     - ii. What If I Need to Edit My Registration?
   - d) Accept and Schedule an Appointment
     - i. What If I Don’t Want the Appointment I Received?
     - ii. What If I Need More Time to Respond?
   - e) Cancel an Appointment
   - f) Delete My Registration
   - g) Troubleshooting
     - i. My Video Selfie Keeps Failing



# CBP One™ Mobile Application

Overview

# CBP One™ Mobile Application: Overview




**CBP One™** is a mobile application that serves as a single portal to a variety of CBP services. Through a series of guided questions, the app will direct each type of user to the appropriate services based on their needs.

## To Access CBP One™

Download CBP One™ from the Apple App Store or Google Play Store.









CBP One™ Mobile Application: Log In
Case 2:23-cv-00024-AM Document 1-1 Filed 05/23/23 Page 6 of 49

U.S. Customs and Border Protection

## Log In with Login.gov

Select **LOG IN OR SIGN UP.** CBP One™ will redirect you to login.gov, where you can either create an account or log in to an existing account.

9:41
Official App of the U.S. Department of Homeland Security
Welcome to CBP One™
A single portal to multiple CBP services to streamline your experience.
LOG IN OR SIGN UP
with LOGIN.GOV

9:41
Done
secure.login.gov
An official website of the United States government
LOGIN.GOV
U.S. Customs and Border Protection
CBP ONE is using login.gov to make signing in easy and secure.
Create an account
Sign in
Back to CBP ONE
Language
HELP
CONTACT
PRIVACY & SECURITY

Questions? Contact us at: CBPOne@cbp.dhs.gov

4



# Submit Advance Information

Traveler - Land

# Traveler – Land – Submit Advance Information: Overview

U.S. Customs and
Border Protection

Submit Advance Information is a capability available to Travelers in CBP One™.

This capability allows you to submit your information and schedule an appointment to arrive at a southwest Port of Entry for inspection. This is for undocumented non-citizen travelers only.

To submit your advance information and get an appointment at a Port of Entry, you must:

1. **Register Travelers**
2. **Ask for An Appointment**
3. **Accept and Schedule an Appointment**
4. **Arrive at the Port of Entry**



# Register Travelers

# Submit Advance Information: Register Travelers



## 1. Select Traveler

From the home screen, select **Traveler | Viajero**.



## 2. Select Land

Select **Land | Tierra,** then select **CONTINUE**.






# Submit Advance Information: Register Travelers

## 3. Select Submit Advance Information

Select **Submit Advance Information | Enviar Información Anticipada**.



## 4. Fill Out Traveler Profile

If you are a first-time user, a pop-up will appear.  Select **Edit Profile**.  Fill out the fields and select **SAVE**.






Submit Advance Information: Register Travelers

Case 2:23-cv-00024-AM Document 1-1 Filed 05/23/23 Page 12 of 49

U.S. Customs and
Border Protection

## 5. Select a Language

Select your preferred language, then select **CONTINUE**.

9:41
Language Preference
Please select from the options provided below.
Por favor seleccione una de las opciones a continuación.
Tanpri chwazi nan opsyon yo bay anba a.
English
Español
Kreyòl ayisyen
BACK
CONTINUE

## 6. Allow Location Permissions

A pop-up requesting permission to use location services will appear. Select to allow CBP One™ to use your location.

9:41
Language Preference
Please select from the options provided below.
Por favor seleccione una de las opciones a continuación.
Allow "CBP One" to use your location?
Required for ROAM and I-94 submissions.
Precise: On
Allow Once
Allow While Using App
Don't Allow
BACK
CONTINUE

Questions? Contact us at: CBPOne@cbp.dhs.gov

10

Submit Advance Information: Register Travelers
Case 2:23-cv-00024-AM Document 1-1 Filed 05/23/23 Page 13 of 49

U.S. Customs and
Border Protection

## 7. Read Instructions

Review the instructions on-screen, then select **CONTINUE.**

9:41
Advance Information
INSTRUCTIONS
Register Travelers
Register everyone traveling together. Everyone must be going to the same United States address and have the same prior foreign address.
Ask for an Appointment
CBP One™ selects registered travelers for appointments.
To receive an appointment, you must ask for an appointment every day between 11 a.m. CST and 10 a.m. CST.
You must be in central or northern Mexico to ask for an appointment.
Accept and Schedule an Appointment
If you receive an appointment, you must accept and schedule the appointment before 10 a.m. CST.
You must be in central or northern Mexico to accept and schedule an appointment.
If you do not receive an appointment, you can ask for an appointment again.
BACK
CONTINUE

## 8. Select Register Travelers

Select **REGISTER TRAVELERS.**

9:41
Advance Information
REGISTER TRAVELERS
Your information will be displayed here after you register.
BACK

Questions? Contact us at: CBPOne@cbp.dhs.gov

11





Submit Advance Information: Register Travelers
Case 2:23-cv-00024-AM Document 1-1 Filed 05/23/23 Page 14 of 49

U.S. Customs and Border Protection

## 9. Select Add Traveler

Review the instructions on-screen, then select **ADD TRAVELER.**

9:41
Register Travelers
Select a saved traveler or add a new traveler.
Add everyone traveling together. Everyone must be going to the same United States address and have the same prior foreign address.
Note: All travelers must register together to receive appointments together.
ADD TRAVELER
BACK
CONTINUE

## 10. Select Take a Photo

Select **TAKE A PHOTO.**

9:41
Add Traveler
TAKE A PHOTO*
Please take a photo of yourself so we can process your information.
SCAN PASSPORT (OPTIONAL)
Please scan the information page of your passport.
Biographical Information
First Name*
Last Name*
Date of Birth*
City of Birth*
Country of Birth*
Country of Citizenship*
Country of Residence*

Questions? Contact us at: CBPOne@cbp.dhs.gov

12





Case 2:23-cv-00024-AM Document 1-1 Filed 05/23/23 Page 15 of 49

## 11. Take a Photo

Follow the instructions on-screen, then select **Submit Photo**. Please make sure that your photo clearly captures your face. This photo will be used later to verify your identity.

## 12. Select Scan Passport

If you have a passport, select **SCAN PASSPORT (OPTIONAL).** If you do not have a passport, skip to **Step 14**.



Case 2:23-cv-00024-AM Document 1-1 Filed 05/23/23 Page 16 of 49

## 13. Scan Passport

Align the information page of your passport within the rectangle on-screen. Wait for CBP One™ to scan your passport.

## 14. Fill Out Biographical Information

Fill out any remaining required fields, then select **CONTINUE.**





Submit Advance Information: Register Travelers
Case 2:23-cv-00024-AM Document 1-1 Filed 05/23/23 Page 17 of 49

U.S. Customs and
Border Protection

## 15. Fill Out Contact, Employment, and Travel Information

Fill out the required fields, then select **CONTINUE**.

9:41
Add Traveler
CONTACT INFORMATION
Email Address (Optional)
EMPLOYMENT INFORMATION
Are you employed?*
Yes
No
TRAVEL INFORMATION
Have you traveled to another country in the last year?*
Yes
No
BACK
CONTINUE

9:41
Add Traveler
CONTACT INFORMATION
Email Address (Optional)
john.doe@email.com
EMPLOYMENT INFORMATION
Are you employed?*
Yes
No
Occupation*
Teacher
Employer*
Mexico City Public Schools
Country*
Mexico
City*
Mexico City
TRAVEL INFORMATION
BACK
CONTINUE

## 16. Fill Out Family Information

Fill out the required fields, then select **SAVE**.

9:41
Add Traveler
FAMILY INFORMATION
Marital Status*
FATHER
Is your father alive?*
Yes
No/Unknown
MOTHER
Is your mother alive?*
Yes
No/Unknown
BACK
SAVE

9:41
Add Traveler
FAMILY INFORMATION
Marital Status*
Single
FATHER
Is your father alive?*
Yes
No/Unknown
First Name*
Juan
Last Name*
Doe
Middle Name
Country of Birth*
Guatemala
Country of Citizenship*
Mexico
BACK
SAVE

Questions? Contact us at: CBPOne@cbp.dhs.gov

15



## 17. Add Additional Travelers

Repeat **Steps 9-16** for everyone traveling with you. Everyone must be going to the same United States address and have the same prior foreign address. Ensure all travelers are listed, then select **CONTINUE**.

## 18. Fill Out United States Address and Emergency United States Contact Information

Fill out the required fields, then select **CONTINUE**.




Submit Advance Information: Register Travelers

Case 2:23-cv-00024-AM Document 1-1 Filed 05/23/23 Page 19 of 49

U.S. Customs and
Border Protection

## 19. Fill Out Prior Foreign Address and Preparer Information

Fill out the required fields, then select **CONTINUE**.

9:41
Register Travelers
Please enter the address where you lived before coming to the United States.
PRIOR FOREIGN ADDRESS
I don't have one
Address 1*
Address 2
City*
Country*
ZIP Code*
PREPARER INFORMATION
Did someone assist you in submitting this information?*
BACK
CONTINUE

9:41
Register Travelers
Please enter the address where you lived before coming to the United States.
PRIOR FOREIGN ADDRESS
I don't have one
Address 1*
123 Road Rd.
Address 2
City*
Mexico City
Country*
Mexico
ZIP Code*
12345
PREPARER INFORMATION
Did someone assist you in submitting this information?*
BACK
CONTINUE

## 20. Select a Requested Port of Entry

Select a requested Port of Entry from the dropdown list, then select **CONTINUE.** You will have the opportunity to change this when you ask for an appointment, if needed.

9:41
Register Travelers
CBP One™ selects registered travelers for appointments.
When you are selected, your appointment will be at your requested Port of Entry.
REQUESTED PORT OF ENTRY
Port of Entry*
BACK
CONTINUE

9:41
Register Travelers
CBP One™ selects registered travelers for appointments.
When you are selected, your appointment will be at your requested Port of Entry.
REQUESTED PORT OF ENTRY
Port of Entry*
San Ysidro
BACK
CONTINUE

Questions? Contact us at: CBPOne@cbp.dhs.gov

17

Case 2:23-cv-00024-AM Document 1-1 Filed 05/23/23 Page 20 of 49

## 20. Submit Your Registration

Review the screen and ensure that all information is accurate, then select **SUBMIT**. Review the pop-up and select **Yes, Submit.**

## 21. Select OK

Review the pop-up and select **OK.** You have successfully registered. You will receive a confirmation email at the email address you used to log in to CBP One™. Please save your confirmation number(s).







# Submit Advance Information: Register Travelers

U.S. Customs and
Border Protection

## NEXT STEPS

Now that you have registered, **you can ask for an appointment at your requested Port of Entry (See Page 20).** You must be in central or northern Mexico to ask for an appointment.

Questions? Contact us at: CBPOne@cbp.dhs.gov

19



# Ask for an Appointment

# Submit Advance Information: Ask for an Appointment

U.S. Customs and
Border Protection

## 1. Select Traveler

From the home screen, select **Traveler | Viajero**.

9:41
Who Are You
I am a... | Soy un...
Please select from the options provided below. | Por favor seleccione una de las opciones a continuación.
Traveler | Viajero
Broker/Carrier/Forwarder
Aircraft Operator
Bus Operator
Seaplane Pilot
Commercial Truck Driver
Commercial Vessel Operator
International Organization

## 2. Select Land

Select **Land | Tierra,** then select **CONTINUE**.

9:41
Select Travel Method
Please select from the options provided below. | Por favor seleccione una de las opciones a continuación.
Land | Tierra
Air | Aire
Sea | Mar
BACK
CONTINUE

9:41
Select Travel Method
Please select from the options provided below. | Por favor seleccione una de las opciones a continuación.
Land | Tierra
Air | Aire
Sea | Mar
BACK
CONTINUE

Questions? Contact us at: CBPOne@cbp.dhs.gov

21

# Submit Advance Information: Ask for an Appointment




## 3. Select Submit Advance Information

Select **Submit Advance Information | Enviar Información Anticipada**.




## 4. Select a Language

Select your preferred language, then select **CONTINUE**.

Submit Advance Information: Ask for an Appointment

Case 2:23-cv-00024-AM Document 1-1 Filed 05/23/23 Page 25 of 49

U.S. Customs and
Border Protection

## 5. Read Instructions

Review the instructions on-screen, then select **CONTINUE.**

9:41
Advance Information
INSTRUCTIONS
Register Travelers
Register everyone traveling together. Everyone must be going to the same United States address and have the same prior foreign address.
Ask for an Appointment
CBP One™ selects registered travelers for appointments.
To receive an appointment, you must ask for an appointment every day between 11 a.m. CST and 10 a.m. CST.
You must be in central or northern Mexico to ask for an appointment.
Accept and Schedule an Appointment
If you receive an appointment, you must accept and schedule the appointment before 10 a.m. CST.
You must be in central or northern Mexico to accept and schedule an appointment.
If you do not receive an appointment, you can ask for an appointment again.
BACK
CONTINUE

## 6. Select Your Registration

Select your registration. Make sure it is complete and accurate. You may only select one registration. If more than one registration with the same traveler's name is selected, you will receive an error and be prohibited from asking for an appointment using the second registration.

9:41
Advance Information
REGISTER TRAVELERS
ASK FOR AN APPOINTMENT
No pending appointment. Please ask for an appointment between 11 a.m. CST and 10 a.m. CST.
BACK

Questions? Contact us at: CBPOne@cbp.dhs.gov

23





# Submit Advance Information: Ask for an Appointment

## 7. Ask for an Appointment

Select **ASK FOR AN APPOINTMENT.**  You must ask for an appointment between 11 a.m. CST and 10 a.m. CST / 10 a.m. MST and 9 a.m. MST.  You must be in central or northern Mexico to ask for an appointment.



## 8. Select Yes, Ask

Review the pop-up and select **Yes, Ask.**



Submit Advance Information: Ask for an Appointment
Case 2:23-cv-00024-AM Document 1-1 Filed 05/23/23 Page 27 of 49

U.S. Customs and
Border Protection

## 9. Select OK

Review the pop-up and select **OK.** You have successfully asked for an appointment.

9:41
Advance Information
ASK FOR AN APPOINTMENT
Ask for an appointment every day between 11 a.m. CST and 10 a.m. CST.
You Have Asked for an Appointment
Please wait to see if you are selected for an appointment.
Appointments are announced at 11 a.m. CST the day after you ask for an appointment.
OK
John Doe
123456789
REQUESTED PORT OF ENTRY
San Ysidro
NEXT STEPS
Register Travelers

9:41
Advance Information
WAIT FOR AN APPOINTMENT
Please wait for appointments to be announced at 11 a.m. CST.
If you are selected, you will receive an appointment within the next 14 days.
TRAVELER
CONFIRMATION NUMBER
John Doe
123456789
REQUESTED PORT OF ENTRY
San Ysidro
NEXT STEPS
Register Travelers
Ask for an Appointment
BACK

## NEXT STEPS

Now that you have asked for an appointment, you must wait for appointments to be announced at 11 a.m. CST / 10 a.m. MST.

If you receive an appointment, CBP One™ will send you an email and a push notification. **You must accept and schedule the appointment before 10 a.m. CST / 9 a.m. MST (See Page 27).** You must be in central or northern Mexico to accept and schedule an appointment.

If you do not receive an appointment, you can try again by repeating **Steps 1-9**.

Questions? Contact us at: CBPOne@cbp.dhs.gov

25

Case 2:23-cv-00024-AM Document 1-1 Filed 05/23/23 Page 28 of 49

## What If I Need to Change My Port of Entry?

If you need to change your requested Port of Entry for any reason, follow **Steps 1-7**, then select **Change My Port Of Entry.**

## What If I Need to Edit My Registration?

At the moment, CBP One™ does not allow you to edit your registration. If you need to change anything in your registration, please **delete the registration (See Page 40).**

After you have deleted your registration, you can re-register with the correct information.



# Accept and Schedule an Appointment



# Submit Advance Information: Accept and Schedule an Appointment

U.S. Customs and
Border Protection

## 1. Select Traveler

From the home screen, select **Traveler | Viajero**.

9:41
Who Are You
I am a... | Soy un...
Please select from the options provided below. | Por favor seleccione una de las opciones a continuación.
Traveler | Viajero
Broker/Carrier/Forwarder
Aircraft Operator
Bus Operator
Seaplane Pilot
Commercial Truck Driver
Commercial Vessel Operator
International Organization

## 2. Select Land

Select **Land | Tierra,** then select **CONTINUE**.

9:41
Select Travel Method
Please select from the options provided below. | Por favor seleccione una de las opciones a continuación.
Land | Tierra
Air | Aire
Sea | Mar
BACK
CONTINUE

9:41
Select Travel Method
Please select from the options provided below. | Por favor seleccione una de las opciones a continuación.
Land | Tierra
Air | Aire
Sea | Mar
BACK
CONTINUE

Questions? Contact us at: CBPOne@cbp.dhs.gov

28

Case 2:23-cv-00024-AM Document 1-1 Filed 05/23/23 Page 31 of 49




## 3. Select Submit Advance Information

Select **Submit Advance Information | Enviar Información Anticipada**.




## 4. Select a Language

Select your preferred language, then select **CONTINUE**.

# Submit Advance Information: Accept and Schedule an Appointment

U.S. Customs and
Border Protection

## 5. Read Instructions

Review the instructions on-screen, then select **CONTINUE.**

9:41
Advance Information
INSTRUCTIONS
Register Travelers
Register everyone traveling together. Everyone must be going to the same United States address and have the same prior foreign address.
Ask for an Appointment
CBP One™ selects registered travelers for appointments.
To receive an appointment, you must ask for an appointment every day between 11 a.m. CST and 10 a.m. CST.
You must be in central or northern Mexico to ask for an appointment.
Accept and Schedule an Appointment
If you receive an appointment, you must accept and schedule the appointment before 10 a.m. CST.
You must be in central or northern Mexico to accept and schedule an appointment.
If you do not receive an appointment, you can ask for an appointment again.
BACK
CONTINUE

## 6. Select Your Registration

Select your registration.

9:41
Advance Information
REGISTER TRAVELERS
APPOINTMENT PENDING CONFIRMATION
Please respond before 10 a.m. CST.
BACK

Questions? Contact us at: CBPOne@cbp.dhs.gov

30

# Submit Advance Information: Accept and Schedule an Appointment

U.S. Customs and Border Protection

## 7. Select Accept Appointment

Review the screen, then select **ACCEPT APPOINTMENT.** You must be in central or northern Mexico to accept and schedule an appointment.

## 8. Take a Video Selfie

Follow the instructions on-screen, then select **Continue.**

 



Case 2:23-cv-00024-AM Document 1-1 Filed 05/23/23 Page 34 of 49

Submit Advance Information: Accept and Schedule an Appointment

U.S. Customs and
Border Protection

## 9. Schedule Your Appointment

Review the screen and ensure that all information is accurate, then select **SCHEDULE**. Review the pop-up and select **Yes, Schedule.**

Schedule Appointment
TRAVELERS
John Doe
Confirmation Number: 123456789
APPOINTMENT DETAILS
Port of Entry
San Ysidro
Date
May 25, 2023
Time
13:00
BACK
SCHEDULE

Schedule Appointment?
Please ensure all information is accurate before you schedule.
Back
Yes, Schedule

## 9. Select OK

Review the pop-up and select **OK.** You have successfully scheduled an appointment. You will receive a confirmation email at the email address you used to log in to CBP One™. Please save your confirmation number(s).

Appointment Scheduled
Your appointment was successfully scheduled.
OK

Advance Information
APPOINTMENT SCHEDULED
Your appointment is scheduled:
San Ysidro on May 13, 2023 at 13:00.
Your appointment at a Port of Entry was successfully scheduled.
Please save your confirmation number(s). A confirmation email was sent to the email address you used to log in to CBP One™.
CANCEL APPOINTMENT
TRAVELER
CONFIRMATION NUMBER
John Doe
123456789
APPOINTMENT DETAILS
Port of Entry
San Ysidro
BACK

Questions? Contact us at: CBPOne@cbp.dhs.gov

32




# Submit Advance Information: Accept and Schedule an Appointment

U.S. Customs and Border Protection

## What If I Don't Want the Appointment I Received?

If you received an appointment that you don't want to accept and schedule, you can decline the appointment. Follow **Steps 1-6**, then select **DECLINE APPOINTMENT.**

## What If I Need More Time to Respond?

If you need more time to respond to an appointment for any reason, you can extend your deadline to 10 a.m. CST / 9 a.m. MST the following day. Follow **Steps 1-6**, then select **I NEED MORE TIME.** You can only extend your deadline once.



# Cancel an Appointment



# Submit Advance Information: Cancel an Appointment

## 1. Select Traveler

From the home screen, select **Traveler | Viajero**.



## 2. Select Land

Select **Land | Tierra,** then select **CONTINUE**.






Submit Advance Information: Cancel an Appointment
Case 2:23-cv-00024-AM Document 1-1 Filed 05/23/23 Page 38 of 49

U.S. Customs and
Border Protection

## 3. Select Submit Advance Information

Select **Submit Advance Information | Enviar Información Anticipada**.

9:41
Traveler
Submit Advance Information | Enviar Información Anticipada
Submit your information before your arrival to a southwest Port of Entry. This is for undocumented noncitizen travelers. | Envíe su información antes de su llegada a un puerto de entrada suroeste. Esto es para los viajeros no ciudadanos sin documentos.
Report My Departure
Report your departure from the United States by land to fulfill your I-94 requirements.
Apply for I-94 in Advance
Apply for an I-94 in advance to save time at your next border crossing.
Get My Recent I-94
BACK

## 4. Select a Language

Select your preferred language, then select **CONTINUE**.

9:41
Language Preference
Please select from the options provided below.
Por favor seleccione una de las opciones a continuación.
Tanpri chwazi nan opsyon yo bay anba a.
English
Español
Kreyòl ayisyen
BACK
CONTINUE

9:41
Language Preference
Please select from the options provided below.
Por favor seleccione una de las opciones a continuación.
Tanpri chwazi nan opsyon yo bay anba a.
English
Español
Kreyòl ayisyen
BACK
CONTINUE

Questions? Contact us at: CBPOne@cbp.dhs.gov

36




Submit Advance Information: Cancel an Appointment
Case 2:23-cv-00024-AM Document 1-1 Filed 05/23/23 Page 39 of 49

U.S. Customs and
Border Protection

## 5. Read Instructions

Review the instructions on-screen, then select **CONTINUE.**

9:41
Advance Information
INSTRUCTIONS
Register Travelers
Register everyone traveling together. Everyone must be going to the same United States address and have the same prior foreign address.
Ask for an Appointment
CBP One™ selects registered travelers for appointments.
To receive an appointment, you must ask for an appointment every day between 11 a.m. CST and 10 a.m. CST.
You must be in central or northern Mexico to ask for an appointment.
Accept and Schedule an Appointment
If you receive an appointment, you must accept and schedule the appointment before 10 a.m. CST.
You must be in central or northern Mexico to accept and schedule an appointment.
If you do not receive an appointment, you can ask for an appointment again.
BACK
CONTINUE

## 6. Select Your Registration

Select your registration.

9:41
Advance Information
REGISTER TRAVELERS
APPOINTMENT SCHEDULED
San Ysidro on May 13, 2023 at 13:00.
BACK

Questions? Contact us at: CBPOne@cbp.dhs.gov

37

# Submit Advance Information: Cancel an Appointment

U.S. Customs and
Border Protection

## 7. Select Cancel Appointment

Select **CANCEL APPOINTMENT.**

9:41
Advance Information
APPOINTMENT SCHEDULED
Your appointment is scheduled:
San Ysidro on May 13, 2023 at 13:00.
Your appointment at a Port of Entry was successfully scheduled.
Please save your confirmation number(s). A confirmation email was sent to the email address you used to log in to CBP One™.
CANCEL APPOINTMENT
TRAVELER
CONFIRMATION NUMBER
John Doe
123456789
APPOINTMENT DETAILS
Port of Entry
San Ysidro
BACK

## 8. Select Yes, Cancel

Review the pop-up and select **Yes, Cancel.**

9:41
Advance Information
APPOINTMENT SCHEDULED
Your appointment is scheduled:
San Ysidro on May 13, 2023 at 13:00.
Cancel Appointment?
This appointment will be canceled for all travelers in this registration.
Back
Yes, Cancel
TRAVELER
CONFIRMATION NUMBER
John Doe
123456789
APPOINTMENT DETAILS
Port of Entry
San Ysidro
Date
May 25, 2023
Time

Questions? Contact us at: CBPOne@cbp.dhs.gov

38



Case 2:23-cv-00024-AM Document 1-1 Filed 05/23/23 Page 41 of 49

## 9. Select OK

Review the pop-up and select **OK.** You have successfully canceled an appointment. You will receive a confirmation email at the email address you used to log in to CBP One™.

## NEXT STEPS

To receive a new appointment at a Port of Entry, please **Ask for an Appointment (See Page 20).**



# Delete My Registration

# Submit Advance Information: Delete My Registration

U.S. Customs and
Border Protection

## 1. Select Traveler

From the home screen, select **Traveler | Viajero**.

9:41
Who Are You
I am a... | Soy un...
Please select from the options provided below. | Por favor seleccione una de las opciones a continuación.
Traveler | Viajero
Broker/Carrier/Forwarder
Aircraft Operator
Bus Operator
Seaplane Pilot
Commercial Truck Driver
Commercial Vessel Operator
International Organization

## 2. Select Land

Select **Land | Tierra,** then select **CONTINUE**.

9:41
Select Travel Method
Please select from the options provided below. | Por favor seleccione una de las opciones a continuación.
Land | Tierra
Air | Aire
Sea | Mar
BACK
CONTINUE

9:41
Select Travel Method
Please select from the options provided below. | Por favor seleccione una de las opciones a continuación.
Land | Tierra
Air | Aire
Sea | Mar
BACK
CONTINUE

Questions? Contact us at: CBPOne@cbp.dhs.gov

41

# Submit Advance Information: Delete My Registration

U.S. Customs and
Border Protection

## 3. Select Submit Advance Information

Select **Submit Advance Information | Enviar Información Anticipada**.

9:41
Traveler
Submit Advance Information | Enviar Información Anticipada
Submit your information before your arrival to a southwest Port of Entry. This is for undocumented noncitizen travelers. | Envíe su información antes de su llegada a un puerto de entrada suroeste. Esto es para los viajeros no ciudadanos sin documentos.
Report My Departure
Report your departure from the United States by land to fulfill your I-94 requirements.
Apply for I-94 in Advance
Apply for an I-94 in advance to save time at your next border crossing.
Get My Recent I-94
BACK

## 4. Select a Language

Select your preferred language, then select **CONTINUE**.

9:41
Language Preference
Please select from the options provided below.
Por favor seleccione una de las opciones a continuación.
Tanpri chwazi nan opsyon yo bay anba a.
English
Español
Kreyòl ayisyen
BACK
CONTINUE

9:41
Language Preference
Please select from the options provided below.
Por favor seleccione una de las opciones a continuación.
Tanpri chwazi nan opsyon yo bay anba a.
English
Español
Kreyòl ayisyen
BACK
CONTINUE

Questions? Contact us at: CBPOne@cbp.dhs.gov

42




# Submit Advance Information: Delete My Registration



## 5. Read Instructions

Review the instructions on-screen, then select **CONTINUE.**



## 6. Select Your Registration

Select your registration.





# Submit Advance Information: Delete My Registration

U.S. Customs and
Border Protection

## 7. Select Delete Registration

Select **DELETE REGISTRATION.** You can only delete your registration if you have not asked for an appointment and do not currently have an appointment.

9:41
Advance Information
ASK FOR AN APPOINTMENT
Ask for an appointment every day between 11 a.m. CST and 10 a.m. CST.
If you ask for an appointment today, you could receive an appointment within the next 14 days.
ASK FOR AN APPOINTMENT
DELETE REGISTRATION
TRAVELER
CONFIRMATION NUMBER
John Doe
123456789
REQUESTED PORT OF ENTRY
San Ysidro
BACK

## 8. Select Yes, Delete

Review the pop-up and select **Yes, Delete.**

9:41
Advance Information
ASK FOR AN APPOINTMENT
Ask for an appointment every day between 11 a.m. CST and 10 a.m. CST.
Delete Registration?
If you delete your registration, you will need to register again before you can receive an appointment.
Back
Yes, Delete
TRAVELER
CONFIRMATION NUMBER
John Doe
123456789
REQUESTED PORT OF ENTRY
San Ysidro
NEXT STEPS
Register Travelers

Questions? Contact us at: CBPOne@cbp.dhs.gov

44



# Submit Advance Information: Delete My Registration



## 9. Select OK

Review the pop-up and select **OK.**  You have successfully deleted your registration.





## NEXT STEPS

To receive an appointment at a Port of Entry, please **Register Travelers (See Page 7).**



# Troubleshooting



Case 2:23-cv-00024-AM Document 1-1 Filed 05/23/23 Page 49 of 49

## My Video Selfie Keeps Failing

If your video selfie repeatedly fails when you try to accept and schedule an appointment **(Page 31, Step 8)**, you will receive the pop-up below.

## 1. Take a Video Selfie of Another Traveler

Try taking a video selfie of someone else in your registration.

If you don't have anyone else in your registration, or if the video selfie continues to fail, continue to **Step 2**.

## 2. Delete Your Registration and Re-Register

Delete your registration and re-register with a higher quality photo **(Page 13, Step 11)**.