AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| STATE OF TEXAS<br><br>_____<br>*Plaintiff(s)*<br>v.<br>ALEJANDRO MAYORKAS, in his official capacity as<br>Secretary of Department of Homeland Security, et al.<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 2:23-CV-0024-AM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Alejandro Mayorkas, Secretary of Homeland Security
c/o Ms. Stephanie Rico, Civil Process Clerk
Office of US Atty WDTX
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216-5597

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   AMY S. HILTON, Assistant Attorney General
Texas Bar No. 24097834
Office of the Attorney General of Texas, P.O. Box 12548, Capitol Station, Austin,
Texas 78711-2548
Amy.Hilton@oag.texas.gov

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT , PHILIP J. DEVLIN*

Date: 05/23/2023
_____

_____
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:23-CV-0024-AM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Alejandro Mayorkas, Secretary of Homeland Security

was received by me on *(date)*   5/23/2023   .

  ☒ I personally served the summons on the individual at *(place)*   c/o Ms. Rico, Civil Process Clerk, Office of
U.S. Attorney WD TX, 601 NW Loop 410, Ste 600, San Antonio, on *(date)*   5/6/2023   ; or
TX 78216-5557

  ☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

  ☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

  ☐ I returned the summons unexecuted because _____ ; or

  ☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   6/15/2023

                 /s/ Leif A. Olson
                 *Server's signature*

       Leif A. Olson, Assistant Attorney General
                 *Printed name and title*
     P.O. Box 12548
     Capitol Station
     Austin, TX
     78711-2548
               *Server's address*

Additional information regarding attempted service, etc:

On May 24, 2023, I served this summons and Plaintiff's Original Complaint, via certified mail, return receipt requested
# 7020 1290 0000 7442 0385, delivered 5/26/2023.

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alejandro Mayorkas, Secretary of
Homeland Security
c/o Ms. Rico, Civil Process Clerk
Office of US Atty WDTX
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216-5597

9590 9402 4481 8248 2585 63

2. Article Number *(Transfer from service label)*

7020 1290 0000 7442 0385

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *[signature]*
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
*Monica Flores*

C. Date of Delivery
8/26/23

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt



USPS TRACKING #

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
26 MAY 2023 PM 3 L

9590 9402 4481 8248 2585 63

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

AMY HILTON, AAG
Office of the Attorney General
General Litigation Division
PO Box 12548
Austin TX 78711-2548

5/24/23

SST v. Mayorkas, et al.