AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| STATE OF TEXAS | ) |
| --- | --- |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:23-CV-0024-AM |
| ALEJANDRO MAYORKAS, in his official capacity as Secretary of Department of Homeland Security, et al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Department of Justice
c/o U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: AMY S. HILTON, Assistant Attorney General
Texas Bar No. 24097834
Office of the Attorney General of Texas, P.O. Box 12548, Capitol Station, Austin, Texas 78711-2548
Amy.Hilton@oag.texas.gov

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, PHILIP J. DEVLIN*

Date: 05/23/2023

*J. Sanchez*
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-CV-0024-AM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __U.S. Department of Justice__
was received by me on *(date)* __5/23/2023__ .

☒ I personally served the summons on the individual at *(place)* __U.S. Departmemt of Justice, c/o U.S. Attorney General, 950 Pennsylvania Ave., NW, Washington, D.C. 20530-0001__ on *(date)* __5/24/23__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __6/15/2023__

/s/ Leif A. Olson
*Server's signature*

Leif A. Olson, Assistant Attorney General
*Printed name and title*

P.O. Box 12548
Capitol Station
Austin, TX
78711-2548
*Server's address*

Additional information regarding attempted service, etc:

On May 24, 2023, I served this summons and Plaintiff's Original Complaint, via certified mail, return receipt requested #7020 1290 0000 7442 0422, delivered 6/1/2023.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>U.S. Department of Justice<br>c/o U.S. Attorney General<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530-0001 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br>JUN 0 1 2023 |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4481 8248 2587 54 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 7020 1290 0000 7442 0422 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

USPS TRACKING #

9590 9402 4481 8248 2587 54

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

AMY HILTON, AAG
Office of the Attorney General
General Litigation Division
PO Box 12548
Austin TX 78711-2548

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

3/24/23
SOT v. Mayorkas, et al.