UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| STATE OF TEXAS<br>    *Plaintiff*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MERRICK GARLAND, in his official capacity as Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE,<br>    *Defendants*. | No. 2:23-cv-00024 |

### STATE OF TEXAS'S NOTICE OF ATTORNEY APPEARANCE

Leif A. Olson appears as counsel for the State of Texas. His contact information is in the signature block.

Dated June 16, 2023.

**JOHN SCOTT**
Provisional Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2100

Respectfully submitted.

**RYAN G. KERCHER**
Deputy Chief, General Litigation Division
Texas Bar No. 24060998
Ryan.Kercher@oag.texas.gov

*/s/ Leif A. Olson*
**LEIF A. OLSON**
Chief, Special Litigation Division
Tex. State Bar No. 24032801
Leif.Olson@oag.texas.gov

**COUNSEL FOR THE STATE OF TEXAS**

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on June 16, 2023, and that all counsel of record were served by CM/ECF.

*/s/ Leif A. Olson*
**Leif A. Olson**