UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| STATE OF TEXAS, § | |
| § | |
| § | |
| Plaintiff, § | |
| v. § | |
| § | Case No. 2:23-CV-00024-AM |
| ALEJANDRO MAYORKAS, § | |
| Secretary of Homeland Security, *et al.*, § | |
| § | |
| Defendants. § | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

This matter having come before the Court upon Defendants' Motion to extend time to respond to the Complaint, and for good cause shown, said motion is hereby GRANTED.

IT IS HEREBY ORDERED that Defendants' deadline to answer or otherwise respond to the Complaint shall be extended to August 24, 2023.

Dated this _____ day of July, 2023.

_____
HONORABLE ALIA MOSES
Chief United States District Judge

1