FILED
JUL 20 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | |
|---|---|
| STATE OF TEXAS, § | |
| § | |
| v. § | Cause No. DR-23-CV-00024-AM |
| § | |
| ALEJANDRO MAYORKAS, et al., § | |
| § | |
| Defendants. | |

## ORDER

Before the Court is a Motion for Admission Pro Hac Vice for attorney Katherine J. Shinners, who seeks to enter this action on behalf of the Defendants Alejandro Mayorkas, et al. (ECF No. 6.) Because Ms. Shinners is in good standing with the Bar of the District of Columbia, has been admitted to practice in multiple federal appellate and district courts, and has paid the requisite filing fee, her Motion is hereby **GRANTED**.

It is **ORDERED** that Ms. Shinners is permitted to appear before this Court pro hac vice for proceedings in this matter only. If Ms. Shinners desires to appear in any further matters in the Western District of Texas at any point in the future, she shall promptly submit her application to be admitted to the bar of this Court in the manner set forth in the Local Rules. Finally, while representing her clients in this case, Ms. Shinners shall abide by all Local Rules for the Western District of Texas and shall be bound by said rules.

SIGNED and ENTERED on this 20th day of July 2023.

_____
ALIA MOSES
Chief United States District Judge