UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| STATE OF TEXAS<br>*Plaintiff*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MERRICK GARLAND, in his official capacity as Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE,<br>*Defendants*. | No. 2:23-CV-00024 |

### PLAINTIFF'S MOTION TO WITHDRAW ATTORNEY

Plaintiff State of Texas files this Unopposed Motion to Withdraw Leif A. Olson as its attorney in this matter.

Leif A. Olson has accepted a position outside the Office of the Attorney General of Texas, and the Plaintiff respectfully requests that he be withdrawn as its counsel. Plaintiff will continue to be represented by co-counsel listed below. This withdrawal will not delay any proceedings. This motion is unopposed.

.

| | |
|---|---|
| August 2, 2023. | Respectfully submitted. |

| | |
|---|---|
| **ANGELA COLMENERO**<br>Provisional Attorney General | **RYAN G. KERCHER**<br>Deputy Chief, General Litigation Division<br>Texas Bar No. 24060998<br>Ryan.Kercher@oag.texas.gov |
| **BRENT WEBSTER**<br>First Assistant Attorney General | **CHARLES ELDRED**<br>Chief, Legal Strategy<br>Tx. State Bar No. 00793681<br>Charles.Eldred@oag.texas.gov |
| **GRANT DORFMAN**<br>Deputy First Assistant Attorney General | |
| **JAMES LLOYD**<br>Deputy Attorney General for Civil Litigation | */s/ Leif A. Olson*<br>**LEIF A. OLSON** |
| Office of the Attorney General of Texas<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>(512) 463-2100 | Chief, Special Litigation Division<br>Tex. State Bar No. 24032801<br>Leif.Olson@oag.texas.gov |
| | **COUNSEL FOR THE STATE OF TEXAS** |

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on August 2, 2023, and that all counsel of record were served by CM/ECF.

*/s/ Leif A. Olson*
**Leif A. Olson**