UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| STATE OF TEXAS<br>    *Plaintiff*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MERRICK GARLAND, in his official capacity as Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE,<br>    *Defendants*. | No. 2:23-CV-00024 |

### PLAINTIFF'S AMENDED MOTION TO WITHDRAW ATTORNEY

Plaintiff State of Texas files this Amended Motion to Withdraw Leif A. Olson as its attorney in this matter.

Leif A. Olson has accepted a position outside the Office of the Attorney General of Texas, and the Plaintiff respectfully requests that he be withdrawn as its counsel. Plaintiff will continue to be represented by co-counsel listed below. This withdrawal will not delay any proceedings.

.

August 2, 2023.

**Angela Colmenero**
Provisional Attorney General

**Brent Webster**
First Assistant Attorney General

**Grant Dorfman**
Deputy First Assistant Attorney General

**James Lloyd**
Deputy Attorney General for Civil Litigation

Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2100

Respectfully submitted.

**Ryan G. Kercher**
Deputy Chief, General Litigation Division
Texas Bar No. 24060998
Ryan.Kercher@oag.texas.gov

**Charles Eldred**
Chief, Legal Strategy
Tx. State Bar No. 00793681
Charles.Eldred@oag.texas.gov

*/s/ Leif A. Olson*
**Leif A. Olson**
Chief, Special Litigation Division
Tex. State Bar No. 24032801
Leif.Olson@oag.texas.gov

**Counsel for the State of Texas**

### Certificate of Service

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on August 2, 2023, and that all counsel of record were served by CM/ECF.

*/s/ Leif A. Olson*
**Leif A. Olson**