UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| STATE OF TEXAS<br>*Plaintiff*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MERRICK GARLAND, in his official capacity as Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE,<br><br>*Defendants*. | No. 2:23-CV-00024 |

**ORDER GRANTING PLAINTIFF'S AMENDED MOTION TO WITHDRAW ATTORNEY**

On this date, the Court considered Plaintiff's Amended Motion to Withdraw Leif A. Olson as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that Leif A. Olson is hereby withdrawn as counsel of record.

SO ORDERED and SIGNED this _____ day of _____, 2023.

_____
Chief U.S. District Judge Alia Moses