UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
AUG 15 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| STATE OF TEXAS,<br>Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No.<br>DR-23-CV-00024-AM |
| ALEJANDRO MAYORKAS et al.,<br>Defendant. | §<br>§<br>§ | |

## ORDER

Pending before the Court is the Plaintiff's Unopposed Motion to Withdraw as Attorney. (ECF No. 12.) Leif A. Olson of the Office of the Attorney General of Texas, along with other members of the same office, are representing the State of Texas in the above captioned matter. In the Plaintiff's motion, Mr. Olson requests leave to withdraw as counsel in the instant case because he has accepted a position outside of the Office of the Attorney General of Texas.

Accordingly, the Plaintiff's Motion to Withdraw as Attorney (ECF No. 12) is **GRANTED**. It is hereby **ORDERED** that Leif A. Olson is withdrawn from representing the Plaintiff in this matter. The Plaintiff will continue to be represented by the other listed co-counselors from the Office of the Attorney General of Texas.

SIGNED and ENTERED on this 15th day of August 2023.

_____
ALIA MOSES
Chief United States District Judge

1