United States District Court
Western District of Texas
Del Rio Division

| | |
|---|---|
| State of Texas<br> *Plaintiff*,<br><br>v.<br><br>Alejandro Mayorkas, in his official capacity as Secretary of Department of Homeland Security; United States Department of Homeland Security; MERRICK GARLAND, in his official capacity as Attorney General of the United States, United States Department of Justice,<br> *Defendants*. | No. 2:23-cv-00024 |

## PLAINTIFF'S NOTICE OF APPEARANCE

Plaintiff, State of Texas, hereby gives notice to the Court of the appearance of Ryan G. Kercher as lead counsel in this matter. Mr. Kercher is admitted to practice in the U.S. District Court for the Western District of Texas and is a member in good standing of the State Bar of Texas. Plaintiff respectfully requests that Mr. Kercher be served with all future correspondence and pleadings.

            Respectfully submitted.

            ANGELA COLMENERO
            Provisional Attorney General of Texas

            BRENT WEBSTER
            First Assistant Attorney General

            GRANT DORFMAN
            Deputy First Assistant Attorney General

            JAMES LLOYD
            Interim Deputy Attorney General for Civil Litigation

            RYAN G. KERCHER
            Deputy Chief for General Litigation Division

            KIMBERLY GDULA
            Deputy Chief for General Litigation Division

/s/ *Ryan G. Kercher*
RYAN G. KERCHER
Attorney-in-Charge
Texas Bar No. 24060998
Deputy Chief
KIMBERLY GDULA
Texas Bar No. 24052209
Deputy Chief
Office of the Attorney General
General Litigation Division-019
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120/ (512) 320-0667 FAX
ryan.kercher@oag.texas.gov
kimberly.gdula@oag.texas.gov

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of August, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and served on all attorney(s) and/or parties of record, via the CM/ECF service.

/s/ *Ryan G. Kercher*
RYAN G. KERCHER
Assistant Attorney General