UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| STATE OF TEXAS, § | |
| § | |
| Plaintiff, § | |
| v. § | |
| § | Case No. 2:23-CV-00024-AM |
| ALEJANDRO MAYORKAS, § | |
| Secretary of Homeland Security, *et al.*, § | |
| § | |
| Defendants. § | |

**O R D E R**

The Court, having considered Defendants' Motion for Leave to File Dispositive Motion in Excess of Twenty Pages, determines that the Motion shall be **GRANTED**.

**IT IS, THEREFORE, ORDERED** that Defendants' Motion to Dismiss and accompanying Appendix be accepted for filing with the Court.

SIGNED and ENTERED this _____ day of _____, 2023.

_____
CHIEF U.S. DISTRICT JUDGE ALIA MOSES