FILED
AUG 30 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| STATE OF TEXAS, | § |
| | § |
| v. | § Cause No. 2:23-CV-00024-AM |
| | § |
| ALEJANDRO MAYORKAS, et al., | § |
| | § |
| Defendants. | |

## ORDER

The Court, having considered Defendants' Motion for Leave to File Dispositive Motion in Excess of Twenty Pages (ECF No. 18), determines that the Motion shall be **GRANTED.**

It is therefore **ORDERED** that Defendants' Motion to Dismiss and accompanying Appendix (ECF No. 18) be accepted for filing with the Court.

SIGNED and ENTERED on this 30th day of August 2023.

_____
ALIA MOSES
Chief United States District Judge