IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| STATE OF TEXAS §<br>    Plaintiff, §<br>v. §<br>   §<br>ALEJANDRO MAYORKAS, in his §<br>official capacity as Secretary of §<br>Department of Homeland Security; §<br>UNITED STATES DEPARTMENT §<br>OF HOMELAND SECURITY; §<br>MERRICK GARLAND, in his official §<br>capacity as Attorney General of the §<br>United States; UNITED STATES §<br>DEPARTMENT OF JUSTICE §<br>    Defendants. § | CIVIL ACTION NO. 2:23-CV-00024-AM |

___

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**
___

TO THE HONORABLE JUDGE ALIA MOSES:

Plaintiff State of Texas seeks an extension of time to file a responsive pleading in response to Defendants' Motion to Dismiss Complaint [ECF No. 20].

Currently, Plaintiff's deadline to respond to the Motion to Dismiss is September 14, 2023. Undersigned counsel requests a 60-day extension to file a responsive pleading because counsel for Plaintiff has numerous professional obligations during the next two months.

Accordingly, Plaintiff respectfully requests that its responsive pleading deadline be extended to November 13, 2023. This motion is unopposed. The requested extension is reasonable and necessary to allow Plaintiff adequate time to prepare its response. This request is not for delay, but so that justice may be served.

Respectfully submitted,

ANGELA COLMENERO
Provisional Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

JAMES LLOYD
Interim Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Deputy Chief for General Litigation Division

RYAN G. KERCHER
Deputy Chief for General Litigation Division

/s/   *Kimberly Gdula*
RYAN G. KERCHER
Attorney-in-Charge
Texas Bar No. 24060998
Deputy Chief
KIMBERLY GDULA
Texas Bar No. 24052209
Deputy Chief
Office of the Attorney General
General Litigation Division-019
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120/ (512) 320-0667 FAX
ryan.kercher@oag.texas.gov
kimberly.gdula@oag.texas.gov

**COUNSEL FOR PLAINTIFF**

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I have conferred with opposing counsel, and Defendants confirmed they are unopposed to the relief requested herein.

                                                      /s/ *Kimberly Gdula*
                                                      KIMBERLY GDULA
                                                      Deputy Chief

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of September, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and served on all attorney(s) and/or parties of record, via the CM/ECF service.

                                                      /s/ *Kimberly Gdula*
                                                      KIMBERLY GDULA
                                                      Deputy Chief