IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| STATE OF TEXAS <br>     Plaintiff, <br> v. <br><br> ALEJANDRO MAYORKAS, in his official capacity as Secretary of Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MERRICK GARLAND, in his official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE <br>     Defendants. | § § § § § § § § § § § § § § §    CIVIL ACTION NO. 2:23-CV-00024-AM |

___

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**
___

Pending before this Court is Plaintiff's Motion for Extension of Time to respond to Defendants' Motion to Dismiss Complaint [ECF No. 20].

After due consideration of the law, and all briefing submitted, the Court finds that the motion is meritorious. It is therefore **ORDERED** that the Plaintiff's Motion for Extension of Time is **GRANTED**. Plaintiff's Responsive Pleading deadline shall be November 13, 2023.

SIGNED on this the _____ day of _____ 2023.

_____
ALIA MOSES
CHIEF UNITED STATES DISTRICT JUDGE