IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| STATE OF TEXAS<br>　　Plaintiff,<br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MERRICK GARLAND, in his official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE<br>　　Defendants. | §<br>§<br>§<br>§<br>§　CIVIL ACTION NO. 2:23-CV-00024-AM<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Pending before this Court is Plaintiff's Motion for Extension of Time to respond to Defendants' Motion to Dismiss Complaint [ECF No. 20].

After due consideration of the law, and all briefing submitted, the Court finds that the motion is meritorious. It is therefore **ORDERED** that the Plaintiff's Motion for Extension of Time is **GRANTED**. Plaintiff's Responsive Pleading deadline shall be November 13, 2023.

SIGNED on this the 12th day of Sept 2023.

ALIA MOSES
CHIEF UNITED STATES DISTRICT JUDGE