UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| STATE OF TEXAS<br>*Plaintiff*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MERRICK GARLAND, in his official capacity as Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE,<br>*Defendants*. | NO. 2:23-CV-00024 |

**UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff, the State of Texas, moves for leave to file a First Amended Complaint, and respectfully shows as follows:

Federal Rule of Civil Procedure 15(a)(2) provides that courts "should freely give leave" to amend. *See S&W Enterprises v. Southtrust Bank of Ala.*, 315 F.3d 533, 535 (5th Cir. 2003). The State of Texas requests leave to amend to assert *ultra vires* causes of action related to the use and implementation of the "DHS scheduling system" memorialized in the Final Rule, specifically, the CBP One app. *See, e.g.*, 88 Fed. Reg. 31,322. The State of Texas seeks leave to amend to bring new causes of action based on information released on October 23, 2023 by the U.S. House of Representatives Committee on Homeland Security revealing how the Final Rule and CBP One app are functioning together as a mass parole program. The House Committee on Homeland Security released data showing that DHS is using the CBP One app to parole nearly 96% of all inadmissible

aliens who schedule appointments through the app.[1] In its Amended Complaint, the State of Texas also relies on a recent Fifth Circuit opinion published shortly after Defendants filed their Motion to Dismiss. *See Apter v. Dep't of Health & Human Sevs.*, 80 F.4th 579 (5th Cir. 2023).

The State of Texas does not file this Motion for purposes of delay, and no scheduling order will be disturbed by the entry of the Amended Complaint.

The State of Texas respectfully requests that this Court grant its Motion for Leave to Amend and order the Clerk of the Court to file the First Amended Complaint, attached hereto. The exhibit to the First Amended Complaint is also attached here.

Dated November 10, 2023.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**RALPH MOLINA**
Deputy Attorney General for Legal Strategy

Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-4139

Respectfully submitted.

**RYAN D. WALTERS**
Chief, Special Litigation Division

*/s/ Amy Snow Hilton*
**AMY SNOW HILTON**
Special Counsel
Tex. State Bar No. 24097834
Amy.Hilton@oag.texas.gov

**COUNSEL FOR THE STATE OF TEXAS**

---

[1] *New Documents Obtained by Homeland Majority Detail Shocking Abuse of CBP One App*, Homeland Security Republicans, https://homeland.house.gov/2023/10/23/new-documents-obtained-by-homeland-majority-detail-shocking-abuse-of-cbp-one-app/ (Oct. 23, 2023).

### CERTIFICATE OF CONFERENCE

I certify that on November 10, 2023, I conferred with counsel for Defendants, who represented that Defendants are unopposed to this motion. Counsel for Defendants do not waive any arguments for dismissal and reserve the right to file a 12(b) motion.

*/s/ Amy Snow Hilton*
**AMY SNOW HILTON**

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on November 10, 2023, and that all counsel of record were served by CM/ECF.

*/s/ Amy Snow Hilton*
**AMY SNOW HILTON**