UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| STATE OF TEXAS<br>    *Plaintiff*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MERRICK GARLAND, in his official capacity as Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE,<br>    *Defendants*. | No. 2:23-CV-00024 |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Before the Court is Plaintiff's Motion for Leave to File an Amended Complaint. After due consideration of the Motion, the Court finds that it should be and is hereby GRANTED, and the Clerk of Court is ORDERED to file the First Amended Complaint on the docket.

**ORDERED** on this _____ day of _____, 2023.

_____
ALIA MOSES
CHIEF UNITED STATES DISTRICT JUDGE