UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| STATE OF TEXAS<br>*Plaintiff*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MERRICK GARLAND, in his official capacity as Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE,<br><br>*Defendants*. | NO. 2:23-CV-00024 |

**UNOPPOSED MOTION TO WITHDRAW AND DESIGNATION OF ATTORNEY IN CHARGE**

Plaintiff, the State of Texas, files this Unopposed Motion to Withdraw and Designation of Attorney in Charge. In support thereof, the State of Texas respectfully shows the following:

CHRISTOPHER D. HILTON has been designated as counsel for the State of Texas in this matter. Mr. Hilton is no longer employed by the Office of the Attorney General.

AMY S. HILTON, Special Counsel with the Special Litigation Division, has been assigned as Attorney in Charge to represent the State of Texas in this cause. Ms. Hilton is admitted to practice in the United States District Court for the Western District of Texas and is a member in good standing of the State Bar of Texas.

Accordingly, Plaintiff respectfully requests that this Court permit Christopher D. Hilton to withdraw as Counsel of Record and designate Amy S. Hilton as Attorney in Charge for the State of Texas in the above-styled and numbered cause of action.

| | |
|---|---|
| Dated November 13, 2023. | Respectfully submitted. |
| **KEN PAXTON**<br>Attorney General of Texas | **RYAN D. WALTERS**<br>Chief, Special Litigation Division |
| **BRENT WEBSTER**<br>First Assistant Attorney General | */s/ Amy Snow Hilton*<br>**AMY SNOW HILTON**<br>Special Counsel |
| **GRANT DORFMAN**<br>Deputy First Assistant Attorney General | Tex. State Bar No. 24097834<br>Amy.Hilton@oag.texas.gov |
| **RALPH MOLINA**<br>Deputy Attorney General for Legal Strategy | **COUNSEL FOR THE STATE OF TEXAS** |

Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-4139

### CERTIFICATE OF CONFERENCE

I certify that on November 10, 2023, I conferred with counsel for Defendants, who indicated that Defendants are unopposed to this motion.

*/s/ Amy Snow Hilton*
**AMY SNOW HILTON**

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on November 13, 2023, and that all counsel of record were served by CM/ECF.

*/s/ Amy Snow Hilton*
**AMY SNOW HILTON**