UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| STATE OF TEXAS<br>*Plaintiff*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MERRICK GARLAND, in his official capacity as Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE,<br><br>*Defendants*. | No. 2:23-CV-00024 |

### [PROPOSED] ORDER GRANTING TEXAS'S UNOPPOSED MOTION TO WITHDRAW AND DESIGNATION OF ATTORNEY IN CHARGE

The Court hereby **GRANTS** the State of Texas's Unopposed Motion to Withdraw and Designation of Attorney in Charge.

It is therefore **ORDERED** that Christopher D. Hilton is withdrawn from this case, and Amy S. Hilton is designated as Attorney in Charge for the State of Texas.

**ORDERED** on this _____ day of _____, 2023.

_____
ALIA MOSES
CHIEF UNITED STATES DISTRICT JUDGE