UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| STATE OF TEXAS<br>   *Plaintiff*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MERRICK GARLAND, in his official capacity as Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE,<br>   *Defendants*. | No. 2:23-CV-00024 |

## [PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME

Before the Court is Plaintiff's Motion for Extension of Time. After due consideration of the Motion, the Court finds that it should be and is hereby GRANTED.

**ORDERED** on this _____ day of _____, 2023.

_____
ALIA MOSES
CHIEF UNITED STATES DISTRICT JUDGE