UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

STATE OF TEXAS
*Plaintiff*,

v.

ALEJANDRO MAYORKAS, in his official capacity as Secretary of Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MERRICK GARLAND, in his official capacity as Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE,
*Defendants.*

No. 2:23-CV-00024

FILED
NOV 13 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

---

### [PROPOSED] ORDER GRANTING TEXAS'S UNOPPOSED MOTION TO WITHDRAW AND DESIGNATION OF ATTORNEY IN CHARGE

---

The Court hereby **GRANTS** the State of Texas's Unopposed Motion to Withdraw and Designation of Attorney in Charge.

It is therefore **ORDERED** that Christopher D. Hilton is withdrawn from this case, and Amy S. Hilton is designated as Attorney in Charge for the State of Texas.

**ORDERED** on this 13th day of November 2023.

_____
ALIA MOSES
CHIEF UNITED STATES DISTRICT JUDGE