UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| STATE OF TEXAS<br>*Plaintiff*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MERRICK GARLAND, in his official capacity as Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　*Defendants*. | No. 2:23-CV-00024 |

### ADVISORY REGARDING TEXAS'S MOTION FOR EXTENSION OF TIME

　　Plaintiff, the State of Texas, submits this advisory regarding Texas's Motion for Extension of Time (Dkt. 25). Since the filing of the Motion, counsel for Defendants has confirmed that Defendants are unopposed to the relief sought in the Motion.

| | |
|---|---|
| Dated November 14, 2023. | Respectfully submitted. |
| **KEN PAXTON**<br>Attorney General of Texas | **RYAN D. WALTERS**<br>Chief, Special Litigation Division |
| **BRENT WEBSTER**<br>First Assistant Attorney General | */s/ Amy Snow Hilton*<br>**AMY SNOW HILTON**<br>Special Counsel |
| **GRANT DORFMAN**<br>Deputy First Assistant Attorney General | Tex. State Bar No. 24097834<br>Amy.Hilton@oag.texas.gov |
| **RALPH MOLINA**<br>Deputy Attorney General for Legal Strategy | **COUNSEL FOR THE STATE OF TEXAS** |

Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-4139

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on November 14, 2023, and that all counsel of record were served by CM/ECF.

*/s/ Amy Snow Hilton*
**AMY SNOW HILTON**