UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| STATE OF TEXAS<br>    *Plaintiff*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MERRICK GARLAND, in his official capacity as Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE,<br>        *Defendants.* | No. 2:23-CV-00024 |

## NOTICE OF APPEARANCE OF COUNSEL

Plaintiff the State of Texas files this Notice of Appearance of Counsel and hereby notifies the Court that Jacob E. Przada will appear as counsel in the above-captioned case along with counsel listed below. Mr. Przada is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is in the signature block below.

Dated December 6, 2023.

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**RALPH MOLINA**
Deputy Attorney General for Legal Strategy

Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-4139

Respectfully submitted.

**Ryan D. Walters**
Chief, Special Litigation Division

*/s/ Jacob E. Przada*
**Amy Snow Hilton**
Special Counsel
Tex. State Bar No. 240978347

**Jacob E. Przada**
Special Counsel
Tex. State Bar No. 24125371
Amy.hilton@oag.texas.gov
Jacob.przada@oag.texas.gov

**COUNSEL FOR THE STATE OF TEXAS**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on December 6, 2023, and that all counsel of record were served by CM/ECF.

*/s/ Jacob E. Przada*
**JACOB E. PRZADA**