UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, | § § § § | |
| Plaintiff, | § | |
| v. | § § | Case No. 2:23-CV-00024-AM |
| ALEJANDRO MAYORKAS,<br>Secretary of Homeland Security, *et al.*, | § § § | |
| Defendants. | § § | |

**<u>DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO
RESPOND TO FIRST AMENDED COMPLAINT</u>**

With Plaintiff's consent, Defendants hereby move for a nine-day extension of time to file their motion to dismiss in response to the First Amended Complaint. The current deadline to respond to the Complaint is March 6, 2024. If this motion is granted, the deadline to respond to the Complaint will be March 15, 2024. In support of this request, Defendants state as follows:

1. Plaintiff filed their First Amended Complaint on February 5, 2024. ECF No. 30. In accordance with this Court's order granting Plaintiff's motion for leave to amend their complaint, Defendants' current deadline to file a motion to test the sufficiency of the Complaint is March 6, 2023. ECF No. 29, at 4.

2. Due to undersigned counsel's ongoing litigation workload including significant appellate and district-court briefing, as well as the complex and important nature of the issues raised by Plaintiff in its First Amended Complaint and the corresponding need for consultation with and review by multiple federal government agencies to adequately respond to the First Amended Complaint, Defendants require some additional time to fully prepare their response.

3. On February 21 and 22, 2024, counsel for the government conferred via email with counsel for Plaintiff, Amy S. Hilton, who stated that Plaintiff does not oppose the requested extension.

4. The extension will not prejudice Plaintiff and is not for purposes of delay, and there are no other deadlines in the case at this time.

For the foregoing reasons, Defendants respectfully request a nine-day extension to March 15, 2024, to respond to the Complaint.

Dated: February 22, 2024

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*

EREZ REUVENI
*Counsel*

CHRISTINA P. GREER
BRIAN C. WARD
*Senior Litigation Counsel*

By: /s/ *Katherine J. Shinners  (pro hac vice)*
KATHERINE J. SHINNERS
*Senior Litigation Counsel*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation – DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8259
Email: katherine.j.shinners@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of February, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for Plaintiff.

/s/*Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel