**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

| | |
|---|---|
| STATE OF TEXAS, § <br> § <br> § <br> Plaintiff, § <br> v. § <br> § Case No. 2:23-CV-00024-AM <br> ALEJANDRO MAYORKAS, § <br> Secretary of Homeland Security, *et al.*, § <br> § <br> Defendants. § | |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT

The Court, having considered Defendants' Motion to Extend Time to Respond to the First Amended Complaint, determines that the Motion shall be GRANTED.

IT IS HEREBY ORDERED that Defendants' deadline to respond to the First Amended Complaint shall be extended to March 15, 2024.

SIGNED and ENTERED this _____ day of _____, 2024.

_____
CHIEF U.S. DISTRICT JUDGE ALIA MOSES