IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. |
| | § | DR:23-CV-00024-AM |
| ALEJANDRO MAYORKAS, in his | § | |
| official capacity as Secretary of the U.S. | § | |
| Department of Homeland Security, et al., | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Defendants' Motion for Leave to File Dispositive Motion in Excess of 20 Pages, filed on March 15, 2024. (ECF No. 32.) The Defendants seek to dismiss (ECF No. 32-1) the Plaintiff's Amended Complaint, which was filed on February 5, 2024. (*See* ECF No. 30.) To date, the Court has not received from the Plaintiff a response nor a request for an extension to file a response to the instant Motion to Dismiss.

Accordingly, it is **ORDERED** that the Defendant's Motion for Leave to file in Excess of 20 Pages (ECF No. 32) is **GRANTED**. The Clerk of the Court is to file the Defendant's Motion to Dismiss (ECF No. 32-1) as a separate ECF entry with a date received of March 15, 2024. It is **FURTHER ORDERED** that the Plaintiff be permitted to file its response to the Motion to Dismiss by April 25, 2024. It is **FURTHER ORDERED** that the Plaintiff's Motion for Extension of Time (ECF No. 25), filed on November 13, 2023, is **MOOT**.

SIGNED on this 10th day of April 2024.

ALIA MOSES
Chief United States District Judge