UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| STATE OF TEXAS<br>    *Plaintiff*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MERRICK GARLAND, in his official capacity as Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE,<br>    *Defendants*. | No. 2:23-CV-00024 |

**JOINT MOTION FOR EXTENSION OF TIME**

The Parties respectfully file this Joint Motion for Extension of Time, requesting that the Court extend by 14-days Plaintiff's deadline to file a Response to Defendants' Motion to Dismiss (Dkt. 34) and Defendants' deadline to file a Reply in Support of their Motion to Dismiss.

1.  Plaintiff's Response to Defendants' Motion to Dismiss is currently due April 25, 2024. Dkt. 33. Defendants' motion implicates many significant issues, and additional time is necessary for Plaintiff's counsel to provide meaningful and helpful briefing to the Court in response.

2.  In addition to managing her regular docket, undersigned Plaintiff's counsel is a Managing Attorney responsible for overseeing the work of other lawyers within the Special Litigation Division at the Office of the Attorney General. Undersigned Plaintiff's counsel will also be out of the office between April 17, 2024 and April 22, 2024 on pre-scheduled vacation time.

3. Defendants' Reply in Support of their Motion to Dismiss is currently due May 2, 2024.

4. Defendants' lead counsel has a number of obligations in other ongoing litigation during the time when Defendants' reply will be due if the Court extends the deadline for Plaintiff's response, including responsibilities overseeing the work of other lawyers within the Office of Immigration Litigation. In addition, given the complexity of the issues raised in this case, additional time is necessary to fully respond to whatever arguments Plaintiff raises in the response.

5. The Parties have worked in good faith to come to mutually agreeable briefing deadlines. This motion is not filed for purposes of delay but only to ensure that the briefing filed with the Court is appropriate and will assist the Court in the resolution of the pending matter.

**PRAYER**

The Parties respectfully request a 14-day extension of time to file Plaintiff's Response to Defendants' Motion to Dismiss and Defendants' Reply in Support of their Motion to Dismiss, creating new deadlines of May 9, 2024 and May 30, 2024, respectively.

| | |
|---|---|
| Dated April 17, 2024. | Respectfully submitted. |
| **KEN PAXTON**<br>Attorney General of Texas | /s/ *Amy Snow Hilton*<br>**AMY SNOW HILTON**<br>Special Counsel<br>Tex. State Bar No. 24097834<br>Amy.Hilton@oag.texas.gov |
| **BRENT WEBSTER**<br>First Assistant Attorney General | |
| **RALPH MOLINA**<br>Deputy Attorney General for Legal Strategy | **COUNSEL FOR THE STATE OF TEXAS**<br><br>Office of the Attorney General of Texas<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>(512) 463-4139 |
| **RYAN D. WALTERS**<br>Chief, Special Litigation Division | |

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*

EREZ REUVENI
*Counsel*

KATHERINE J. SHINNERS
CHRISTINA P. GREER
*Senior Litigation Counsel*

By: /s/ *Brian C. Ward*
BRIAN C. WARD
*Senior Litigation Counsel*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation – DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-9121
Fax: (202) 305-7000
Email: brian.c.ward@usdoj.gov

*Attorneys for Defendants*

3

**CERTIFICATE OF SERVICE**

    I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on April 17, 2024, and that all counsel of record were served by CM/ECF.

                                                */s/ Amy Snow Hilton*
                                                **AMY SNOW HILTON**