UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| STATE OF TEXAS<br>　　*Plaintiff*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MERRICK GARLAND, in his official capacity as Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE,<br>　　*Defendants*. | No. 2:23-CV-00024 |

**PROPOSED ORDER ON JOINT MOTION FOR EXTENSION OF TIME**

Pending before this Court is Joint Motion for Extension of Time to respond to Defendants' Motion to Dismiss Complaint [Dkt. 34] and Defendants' deadline to file a Reply in Support of their Motion to Dismiss.

After due consideration of the law, the Court finds that the motion is meritorious. It is therefore **ORDERED** that Joint Motion for Extension of Time is **GRANTED**. Plaintiff's Response to Defendants' Motion to Dismiss deadline shall be May 9, 2024. and Defendants' Reply in Support of their Motion to Dismiss deadline shall be May 30, 2024.

　　SIGNED on this the _____ day of _____ 2024.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ALIA MOSES
　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE