UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

STATE OF TEXAS
*Plaintiff*,

v.

ALEJANDRO MAYORKAS, in his official capacity as Secretary of Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MERRICK GARLAND, in his official capacity as Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE,
*Defendants*.

No. 2:23-CV-00024

**FILED**
APR 19 2024
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

### PROPOSED ORDER ON JOINT MOTION FOR EXTENSION OF TIME

Pending before this Court is Joint Motion for Extension of Time to respond to Defendants' Motion to Dismiss Complaint [Dkt. 34] and Defendants' deadline to file a Reply in Support of their Motion to Dismiss.

After due consideration of the law, the Court finds that the motion is meritorious. It is therefore **ORDERED** that Joint Motion for Extension of Time is **GRANTED**. Plaintiff's Response to Defendants' Motion to Dismiss deadline shall be May 9, 2024. and Defendants' Reply in Support of their Motion to Dismiss deadline shall be May 30, 2024.

SIGNED on this the ___19th___ day of __April__ 2024.

_____
ALIA MOSES
CHIEF UNITED STATES DISTRICT JUDGE