**FILED**

**APR 26 2024**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
　　　　　　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MERRICK GARLAND, in his official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　　　Defendants. | §§§§§§§§§§§§§§§§§§<br><br>Case No. 2:23-CV-24-AM |

## ORDER

Before the Court is a Motion for Admission Pro Hac Vice of attorney Brian C. Ward, who seeks to enter this action on behalf of the Defendants in this case. (ECF No. 36.) Because the Court sees no need for an attorney representing the United States to file a pro hac vice motion to practice before this Court, Mr. Ward may appear before this Court. Accordingly, **IT IS ORDERED** that the motion be **DENIED**.

SIGNED and ENTERED on this 26th day of April, 2024.

_/s/ Alia Moses_
ALIA MOSES
Chief United States District Judge