UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| STATE OF TEXAS<br>  *Plaintiff*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MERRICK GARLAND, in his official capacity as Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE,<br>  *Defendants*. | No. 2:23-CV-00024 |

## UNOPPOSED MOTION FOR LEAVE TO FILE A RESPONSE TO DISPOSITIVE MOTION IN EXCESS OF TWENTY PAGES

Plaintiff, the State of Texas, respectfully files this Unopposed Motion for Leave to File a Response to Dispositive Motion in Excess of Twenty Pages, and respectfully shows as follows:

1. Rule CV-7(d)(3) of the Local Rules states, "Unless otherwise authorized by the court, . . . a response to other motions is limited to 20 pages."

2. Defendants filed an Unopposed Motion for Leave to File a Dispositive Motion in Excess of Twenty Pages. Dkt. 32.

3. The Court granted Defendants' Motion, Dkt. 33, and subsequently docketed Defendants' 33-page Motion to Dismiss. Dkt. 34.

4. Defendants' Motion raises many issues, and Plaintiff respectfully seeks leave to file a Response with a commensurate extension on page limits.

5. Texas's Response to Defendants' Motion, attached here, is 33-pages long.

6. Defendants are unopposed to the relief sought in this Motion.

7. Texas respectfully requests additional pages to ensure it can provide helpful

briefing to the Court in light of the many important issues raised in Texas's Complaint and Defendants' Motion to Dismiss.

8. The State of Texas respectfully requests that this Court grant it leave to file its Response to Defendants' Motion to Dismiss in excess of twenty pages.

| | |
|---|---|
| Dated May 9, 2024. | Respectfully submitted. |
| **KEN PAXTON**<br>Attorney General of Texas | */s/ Amy Snow Hilton*<br>**AMY SNOW HILTON**<br>Special Counsel |
| **BRENT WEBSTER**<br>First Assistant Attorney General | Tex. State Bar No. 24097834<br>Amy.Hilton@oag.texas.gov |
| **RALPH MOLINA**<br>Deputy Attorney General for Legal Strategy | **ETHAN SZUMANSKI**<br>Special Counsel<br>Tex. State Bar No. 24123966<br>Ethan.Szumanski@oag.texas.gov |
| **RYAN D. WALTERS**<br>Chief, Special Litigation Division | Office of the Attorney General of Texas<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>(512) 463-4139 |
| | **COUNSEL FOR THE STATE OF TEXAS** |

### CERTIFICATE OF CONFERENCE

I certify that on May 9, 2024, I conferred with counsel for Defendants, who represented that Defendants are unopposed to this motion.

*/s/ Amy Snow Hilton*
**AMY SNOW HILTON**

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on May 9, 2024, and that all counsel of record were served by CM/ECF.

*/s/ Amy Snow Hilton*
**AMY SNOW HILTON**