**FILED**
MAY 10 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
　　　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| STATE OF TEXAS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 2:23-CV-24-AM |
| § | |
| ALEJANDRO MAYORKAS, in his official capacity as Secretary of Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MERRICK GARLAND, in his official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE, § § § § § § § § § § | |
| Defendants. § | |

## ORDER

**IT IS ORDERED** that the Plaintiff's Unopposed Motion for Leave to File a Response to Dispositive Motion in Excess of Twenty Pages [ECF No. 39] be **GRANTED**.

SIGNED and ENTERED on this 10th day of May, 2024.

_____
ALIA MOSES
Chief United States District Judge