UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| STATE OF TEXAS, § <br> § <br> Plaintiff, § <br> v. § <br> § Case No. 2:23-CV-00024-AM <br> ALEJANDRO MAYORKAS, § <br> Secretary of Homeland Security, *et al.*, § <br> § <br> Defendants. § | |

### DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF DISPOSITIVE MOTION IN EXCESS OF TEN PAGES

Defendants respectfully file this Motion for Leave to File Reply in Support of Dispositive Motion in Excess of Ten Pages, and in support state as follows:

Rule CV-7(e)(3) of the Local Rules states that replies in support of dispositive motions filed with the Court shall be limited to ten (10) pages in length, unless otherwise authorized by the Court.

On February 5, 2024, Plaintiff filed its First Amended Complaint (FAC), which includes two counts challenging a regulation jointly promulgated by the Department of Homeland Security (DHS) and the Department of Justice (DOJ), which creates a carefully-calibrated rebuttable presumption of asylum ineligibility for noncitizens who cross the southwest border into the United States after traveling through a third country, subject to certain exceptions (including for those who schedule an appointment to present at a port of entry), Circumvention of Lawful Pathways, 88 Fed. Reg. 31,314 (May 16, 2013) (the "Rule"); and one count challenging the "use and implementation of" an appointment system for presentment at ports of entry. *See generally* ECF No. 30, First. Am. Compl. (FAC). With the Court's leave to file a

motion in excess of twenty pages, Defendants filed a 33-page Motion to Dismiss the First Amended Complaint for lack of subject-matter jurisdiction and failure to state a claim. *See* ECF No. 34. The parties subsequently submitted a joint motion to extend the deadlines for the remaining briefing relating to the Motion to Dismiss, which the Court approved, setting the deadline for Plaintiff's opposition as May 9, and Defendants' reply as May 30. *See* ECF Nos. 34, 37. Plaintiff subsequently filed a 33-page opposition to the Motion to Dismiss, again with the Court's authorization to exceed the page limits. *See* ECF No. 41.

Defendants have prepared a reply in support of their Motion to Dismiss the First Amended Complaint. Defendants' Reply, attached hereto, is 18 pages long. The additional 8 pages are necessary given the nature and length of Plaintiff's Opposition, the continued need to lay out the relevant provisions of the statutes governing the immigration processing of noncitizens to explain Defendants' arguments for dismissal and address Plaintiff's response thereto, and the importance of the issues raised, which concern immigration and management of our nation's borders and ports of entry.

It is Defendants' belief that this case can properly be disposed of through this dispositive motion and valuable judicial resources may be saved if Defendants are permitted to file this Reply in support of their Motion to Dismiss, which is in excess of ten pages.

Defendants thus respectfully request that their motion be granted and that the attached Reply in support of Defendants' Motion to Dismiss be filed, or, if the motion is denied, that the Court extend the deadline for Defendants to file their reply in support of their Motion to Dismiss.

Undersigned counsel conferred with counsel for Plaintiff, Amy S. Hilton, via email regarding this motion. On May 28 and May 30, 2024, Ms. Hilton stated that Plaintiff does not oppose the relief requested.

Dated: May 30, 2024                                  Respectfully submitted,

                                                      BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

                                                      WILLIAM C. PEACHEY
*Director*

EREZ REUVENI
*Counsel*

CHRISTINA P. GREER
BRIAN C. WARD
*Senior Litigation Counsel*

By: /s/ *Katherine J. Shinners*
KATHERINE J. SHINNERS
*Senior Litigation Counsel*
D.C. Bar No. 978141
U.S. Department of Justice, Civil Division
Office of Immigration Litigation – DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8259
Fax: (202) 305-7000
Email: katherine.j.shinners@usdoj.gov


*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 30th day of May, 2024, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for Plaintiff.

                 /s/ *Katherine J. Shinners*
                 KATHERINE J. SHINNERS
                 Senior Litigation Counsel

**CERTIFICATE OF CONFERENCE OF COUNSEL**

  I hereby certify that I conferred with counsel for Plaintiff, Amy S. Hilton, via email regarding this motion and all relief requested herein. On May 28 and May 30, 2024, Ms. Hilton stated via email that Plaintiff does not oppose the relief requested.

                 /s/ *Katherine J. Shinners*
                 KATHERINE J. SHINNERS
                 Senior Litigation Counsel