UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Case No. 2:23-CV-00024-AM |
| ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*, | | |
| Defendants. | | |

# **O R D E R**

The Court, having considered Defendants' Motion for Leave to File Reply in Support of Dispositive Motion in Excess of Ten Pages, determines that the Motion shall be **GRANTED**.

**IT IS, THEREFORE, ORDERED** that Defendants' Motion to Dismiss be accepted for filing with the Court.

SIGNED and ENTERED this _____ day of _____, 2024.

_____
CHIEF U.S. DISTRICT JUDGE ALIA MOSES