FILED
MAY 31 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| STATE OF TEXAS, § <br> § <br> Plaintiff, § <br> § <br> § <br> v. § Case No. 2:23-CV-24-AM <br> § <br> ALEJANDRO MAYORKAS, in his § <br> official capacity as Secretary of § <br> Department of Homeland Security; § <br> UNITED STATES DEPARTMENT OF § <br> HOMELAND SECURITY; MERRICK § <br> GARLAND, in his official capacity as § <br> Attorney General of the United States; § <br> UNITED STATES DEPARTMENT OF § <br> JUSTICE, § <br> § <br> Defendants. § | |

## ORDER

**IT IS ORDERED** that the Defendants' Unopposed Motion for Leave to File Reply in Support of Dispositive Motion in Excess of Ten Pages [ECF No. 42] be **GRANTED**.

SIGNED and ENTERED on this 31st day of May, 2024.

_____
ALIA MOSES
Chief United States District Judge