IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| STATE OF TEXAS, § <br> §<br>   Plaintiff, §<br> §<br> §<br> v. §<br> §<br> ALEJANDRO MAYORKAS, in his §<br> official capacity as Secretary of §<br> Department of Homeland Security; §<br> UNITED STATES DEPARTMENT OF §<br> HOMELAND SECURITY; MERRICK §<br> GARLAND, in his official capacity as §<br> Attorney General of the United States; §<br> UNITED STATES DEPARTMENT OF §<br> JUSTICE, §<br> §<br>   Defendants. § | Case No. 2:23-CV-24-AM |

FILED
JUL 08 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## ORDER

**IT IS ORDERED** that the Defendants' Motion for Leave to File Notice of Supplemental Authority in Support of Motion to Dismiss [ECF No. 44] be **GRANTED**.

**IT IS FURTHER ORDERED** that the Plaintiff may respond to the Notice of Supplemental Authority, but only by July 15, 2024.

SIGNED and ENTERED on this 8th day of July, 2024.

_____
ALIA MOSES
Chief United States District Judge