United States District Court
Western District of Texas
Del Rio Division

| | |
|---|---|
| State of Texas<br>*Plaintiff*,<br><br>v.<br><br>Alejandro Mayorkas, in his official capacity as Secretary of Department of Homeland Security; United States Department of Homeland Security; Merrick Garland, in his official capacity as Attorney General of the United States, United States Department of Justice,<br>*Defendants*. | No. 2:23-cv-00024 |

**Defendant's Notice of Appeal of Final Order**

Defendant the State of Texas ("Texas"), by and through the Office of the Attorney General of Texas, appeals this Court's Order entered on August 5, 2024, to the United States Court of Appeals for the Fifth Circuit. See Amended Order granting Motion to Dismiss, ECF No. 48. That Order granted the Motion to Dismiss First Amended Complaint filed by Alejandro Mayorkas, in his official capacity; U.S. Department of Homeland Security; Merrick Garland, in his official capacity; and U.S Department of Justice (collectively, the "Defendants). See Amended Order granting Defendants' Motion to Dismiss, ECF No. 48; see also Defendants' Motion to Dismiss First Amended Complaint, ECF No. 34.

The order granting dismissal is appealable pursuant to 28 U.S.C. § 1291.

| | |
|---|---|
| Dated September 3, 2024. | Respectfully submitted. |
| **KEN PAXTON**<br>Attorney General of Texas | */s/ Ryan Kercher*<br>**RYAN KERCHER**<br>Deputy Chief, Special Litigation Division<br>Tex. State Bar No. 24060998 |
| **BRENT WEBSTER**<br>First Assistant Attorney General | ryan.kercher@oag.texas.gov |
| **AUSTIN KINGHORN**<br>Deputy Attorney General for Legal Strategy | **JACOB PRZADA**<br>Special Counsel<br>Tex. State Bar No. 24125371 |
| **RYAN D. WALTERS**<br>Chief, Special Litigation Division | jacob.przada@oag.texas.gov |
| | **COUNSEL FOR THE STATE OF TEXAS** |
| | Office of the Attorney General of Texas<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>(512) 463-4139 |

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on September 3, 2024, and that all counsel of record were served by CM/ECF.

*/s/Ryan Kercher*
RYAN KERCHER