**FILED**
**JUN 26 2025**
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 26, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-50717    State of Texas v. Noem
                     USDC No. 2:23-CV-24

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Casey A. Sullivan, Deputy Clerk
504-310-7642

Mr. Matt A. Crapo
Mr. Philip Devlin
Ms. Katherine J. Shinners
Mr. Jeffrey A. Stephens

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 26, 2025
Lyle W. Cayce
Clerk

No. 24-50717

STATE OF TEXAS,

*Plaintiff—Appellant,*

*versus*

KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*;
UNITED STATES DEPARTMENT OF HOMELAND SECURITY;
PAMELA BONDI, *U.S. Attorney General*;
UNITED STATES DEPARTMENT OF JUSTICE,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:23-CV-24

## UNPUBLISHED ORDER

The administrative panel carried with the case the appellant's unopposed motion to vacate the order dismissing the complaint, to remand with instruction to dismiss the case as moot, and to dismiss the appeal as moot. IT IS ORDERED by this merits panel that the motion is GRANTED.*

---

* One judge on this merits panel would elect not to order vacatur.

No. 24-50717

Lyle W. Cayce, *Clerk*
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT